IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT JACOBS, | NO. CV 25-04509-SVW (AGR) |
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATION |
| v. | |
| SIRCOYA M. WILLIAMS, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the other records on file, the Report and Recommendation of the United States Magistrate Judge ("Report"), and the Objections.  Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made.  The Court accepts the findings and recommendation of the Report.

IT THEREFORE IS ORDERED that Respondent's motion to dismiss the Petition for Writ of Habeas Corpus is GRANTED and that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:  May 7, 2026    _____

STEPHEN V. WILSON
United States District Judge