JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT JACOBS, | NO. CV 25-04509-SVW (AGR) |
| Petitioner, | JUDGMENT |
| v. | |
| SIRCOYA M. WILLIAMS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation,

IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

DATED:  May 7, 2026_____



_____
STEPHEN V. WILSON
United States District Judge